```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        4:07CR3164
                               )
       v.                      )
                               )
AGUSTIN MORALES-MATA,          )        ORDER
                               )
              Defendant.       )
                               )
```

IT IS ORDERED:

Plaintiff's unopposed motion to continue, filing 22, is granted in part and the evidentiary hearing that was set for February 13 is continued to February 28, 2008 at 9:00 a.m. to be held jointly with the hearing in <u>United States v. Yesenia Sanchez</u>, 4:07cr3166.

Defendant shall be present for the hearing.

DATED this 7th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge