IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AGUSTIN MORALES-MATA,<br>Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO:  4:07cr3164<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>YESENIA SANCHEZ,<br>Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO:  4:07cr3166 |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties, shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s):  1 - 13, 1A, 101 and 102

Hearing type(s):    Joint Suppression Hearing

Date of hearing(s): February 28, 2008

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

March 10, 2010.

*s/ Richard G. Kopf*
United States District Judge